**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Christopher Richard Philipp
Attorney at Law
P. O. Box 2369
Lafayette LA 70502

**REHEARING ACTION: March 29, 2017**

**Docket Number: 17   00099-WCW**

**ROOSEVELT D. GUILLORY**
**VERSUS**
**BROADSPIRE SERVICES, INC.,**
**ET AL.**

**Writ Application from Office of Workers' Compensation - # 4 Case No. 16-04902**

**BEFORE JUDGES:**

   **Hon. Marc T. Amy**
   **Hon. Phyllis M. Keaty**
   **Hon. David E. Chatelain**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Roosevelt D. Guillory** is:

   **APPLICATION FOR REHEARING DENIED**

cc: Heidel Ann Schneider, Counsel for the Applicant